BEFORE THE SECOND DIVISION, AUGUST 1, 1950

**No. 54580.**—William Hauser *v.* United States, protest 153393–K (New York).

Opinion by RAO, J.   An examination of the official papers revealed that the

protest was filed more than 60 days after liquidation. In view of the provisions of section 514, the protest was dismissed.